No. 10–8483. JAMESON *v.* YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8485. ALSTON *v.* COURT OF APPEALS OF WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 10–8492. ROLLE *v.* AGENCY FOR PERSONS WITH DISABILITIES. Sup. Ct. Fla. Certiorari denied.

No. 10–8495. YATES *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 10–8499. QUISPE-GUEVARA *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–8503. MCDONALD *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 10–8508. JONES *v.* LARKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–8536. ELLIS *v.* EIGHTH JUDICIAL DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 10–8542. SHOTTS *v.* EVANS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–8563. DIAZ *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–8578. SANCHEZ *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8582. BARRINO *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8605. KENNEDY *v.* TRUSTEES OF THE TESTAMENTARY TRUST OF THE LAST WILL AND TESTAMENT OF PRESIDENT JOHN F. KENNEDY. C. A. 2d Cir. Certiorari denied.

No. 10–8609. RENNEKE *v.* FLORENCE COUNTY, WISCONSIN. Ct. App. Wis. Certiorari denied.